# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No.   18-51192

**Moeen Ahmad Bhatti**

_____ Debtor(s).         /

### CREDITOR MATRIX COVER SHEET - AMENDED

I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 19, 2018**

/s/ Brette L. Evans
_____
Signature of Debtor's Attorney or Pro Per Debtor

American Express
PO Box 297871
Fort Lauderdale, FL 33329


American Express
c/o Michael & Associates, PC
555 St. Charles Drive, Suite 204
Thousand Oaks, CA 91360


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


BMW Financial Services
5515 Parkcenter Circle
Dublin, OH 43017


Capital One
26525 N. Riverwoods Blvd.
Lake Forest, IL 60045


Citibank, N.A
PO Box 6497
Sioux Falls, SD 57117


Citibank, N.A.
PO Box 6497
Saint Louis, MO 63179-0441


Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank - Restoration Hardware
Bankruptcy Department
P.O. Box 18125
Columbus, OH 43218-2125


Fortiva
Payment Processing
PO Box 105096
Atlanta, GA 30328


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Lending Club Corp.
71 Stevenson Street, Suite 300
San Francisco, CA 94105


SoFi Lending Corp Personal Loans
375 Healdsburg Avenue, Suite 2
Healdsburg, CA 95448


SoFi Lending Corp Personal Loans
PO Box 654158
Dallas, TX 75265


St. Louise Regional Hospital
PO Box 742305
Los Angeles, CA 90074-2305


Synchrony Bank
PO Box 965005
Orlando, FL 32896

Synchrony Bank
PO Box 965004
Orlando, FL 32896-5004


Tbom/atls/fpl
5 Concourse Pkwy
Atlanta, GA 30328


U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301


Upstart Network Inc.
2 Circle Star Way
San Carlos, CA 94070


US Senate Federal Credit Union
PO Box 77920
Washington, DC 20510


US Senate Federal Credit Union
PO Box 77920
Washington, DC 20013-8920


Wells Fargo
PO Box 14517
Des Moines, IA 50306


Wells Fargo Outdoor Solutions
C/O Wells Fargo Bank N.A.
P.O. Box 10347
Des Moines, IA 50306-0347