DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MOEEN AHMAD BHATTI

Chapter 13
Case No. 18-51192 SLJ

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Continued 341 Meeting Date: JULY 9, 2018 @ 9:30 AM
Confirmation Hearing Date: AUGUST 8, 2018
Confirmation Hearing Time: 1:25 PM

Place: 280 S. 1st Street Room 3099
    San Jose, CA
Judge: Stephen L. Johnson

Debtor

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Debtor has not provided the Trustee with pay advices required by General Order 32 and/or with federal and state income tax returns (and W-2's if applicable) required to be filed for the most recent tax year ending before the commencement of the case. Because these documents have not been provided, the Trustee cannot perform the analysis needed in order to determine whether the tests for confirmation in 11 U.S.C. §1325 (a) and (b) are met. Until these documents are provided, the case will not be analyzed.

Trustee's Objection to Confirmation – 18-51192 SLJ

2. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

Dated: July 5, 2018 /S/ Devin Derham-Burk

Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |
| 3 | I declare that I am over the age of 18 years, not a party to the within cause; my business |
| 4 | address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within |
| 5 | Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, |
| 6 | California on July 5, 2018. |
| 7 | Said envelopes were addressed as follows: |

MOEEN AHMAD BHATTI
2512 NARIN WAY
GILROY, CA 95020

EVANS LAW OFFICES
1150 N. FIRST ST #110
SAN JOSE, CA 95112

/S/ Tania Ribeiro
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 18-51192 SLJ