1
2

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

3
4

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

5

Trustee for Debtor(s)

6

7

8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

9

10

In re:

11

MOEEN AHMAD BHATTI

12

13

14

15

16

17
                    Debtor

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No.  18-51192 SLJ

FIRST AMENDED TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF SERVICE

Continued 341 Meeting Date: JULY 30, 2018 @
11:30 AM
Confirmation Hearing Date: AUGUST 8, 2018
Confirmation Hearing Time: 1:25 PM

Place: 280 S. 1st Street Room 3099
          San Jose, CA
Judge: Stephen L. Johnson

18

19    Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the

20    following reasons:

21

22    1.   In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C.

23         §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee

24         requests that the Debtor provide her with a copy of each federal and state income tax return

25         and W-2 form required under applicable law with respect to each tax year of the Debtor's

26         ending while the case is pending confirmation.  The tax return shall be provided to her at

27

28         the same time it is filed with the taxing authority.

2. The Debtor has failed to comply with 11 U.S.C. § 342(a) and Fed. R. Bankr. P 2002. Several creditors were omitted from the Creditor Matrix filed May 25, 2018 and were not noticed of the filing of this case. The Debtor must serve omitted creditors with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines and the Chapter 13 Plan, along with the **applicable** "Order Establishing Procedures for Objection to Confirmation." NOTE: The Debtor filed an amended Creditor Matrix June 19, 2018 added all the omitted creditors.

3. The Plan is in violation of 11 U.S.C. § 1322(d) as the term is 63 months and the maximum term allowed under the Code is sixty (60) months from the date the first plan payment is due. NOTE: Internal Revenue Service filed a priority claim in the amount of $11,908.19.

4. The Debtor has failed to provide the Trustee with copies of pay advices or other evidence of payment received within sixty (60) days before the date of the filing of the petition in contravention of 11 U.S.C. § 521(a)(1)(B)(iv) for the State of California. If the Debtor cannot provide copies of the payment advices, a declaration signed by the Debtor under penalty of perjury must be provided pursuant to the Order Re: Filing of Payment Advices in effect for the San Jose Division of the United States Bankruptcy Court for the Northern District of California. Pursuant to the order, the declaration must set forth the reason that the pay advices are unavailable and should state the Debtor's estimate of payments received and provide other evidence, if any, of the payments received.

5. The Debtor has failed to comply with 11 U.S.C. § 521(a)(1)(B)(iv) because the Debtor has failed to provide the Trustee with a copy of his payment advice dated on or about March 30, 2018 and May 25, 2018 for Odd Fellow-Rebekah Children Home. If the Debtor cannot provide a copy of the payment advice(s), a declaration signed by the

Debtor under penalty of perjury must be provided pursuant to General Order 32 of the United States Bankruptcy Court for the Northern District of California.  Pursuant to the order, the declaration must set forth the reasons that the pay advice(s) is/are unavailable and should state the Debtor's estimate of payments received within the 60 days before the petition date and provide other evidence, if any, of the payments received.

6.  The Debtor has failed to file a declaration with supporting evidence stating whether the Debtor has made all post-petition payments ("Declaration of Direct Payment") to U.S. Bank Home Mortgage and both US Senate Federal Creditor Union liens.

The Trustee requests that the Debtor file the Declaration of Direct Payment five (5) days prior to *all* 1) continued meetings of creditors and 2) contested or continued contested confirmation hearings while the case is pending confirmation.

7.  The Debtor has failed to appear and/or submit to examination under oath at the Meeting of Creditors under 11 U.S.C. § 341(a).  Without conducting this examination, the Trustee is unable to adequately investigate the Debtor's financial affairs as she is required to do pursuant to 11 U.S.C. § 1302(b)(1) (incorporating 11 U.S.C. § 704(a)(4)).  In addition, until the Debtor is examined by the Trustee, she is unable to recommend confirmation of the Debtor's plan.  The Trustee requests that the Debtor appear at a rescheduled meeting of creditors.

8.  The Debtor has failed to provide the Trustee with either or both 1) a government photo identification, or 2) proof of social security number.  See 11 U.S.C. § 521(h).  Without being able to establish the identity of the Debtor, the Trustee is unable to adequately investigate the financial affairs of the Debtor or recommend confirmation.  The Trustee

1
2

requests that the Debtor provide her with verification of both identity and social security number.

3
4
5
6
7
8

9. The Trustee is unable to determine whether 11 U.S.C. § 1322(b)(5) is met. The Trustee is in receipt of a Proof of Claim filed by Wells Fargo Bank for $5,351.20 as secured and has been omitted from the plan. It appears said creditor is listed as an unsecured creditor on Schedule E/F. The Debtor must file an amended plan to provide for said creditor. NOTE: See point #3 above.

9
10
11

Dated: July 20, 2018                          /S/ Devin Derham-Burk

12
13

_____

Chapter 13 Trustee

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case: 18-51192     Doc# 25     Filed: 07/20/18     Entered: 07/20/18 15:00:09     Page 4 of 5

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032.  I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 20, 2018.

Said envelopes were addressed as follows:

| MOEEN AHMAD BHATTI | LAW OFFICES OF BREETE L. EVANS |
|---|---|
| 2512 NARIN WAY | 1150 N. FIRST ST #110 |
| GILROY, CA 95020 | SAN JOSE, CA 95112 |

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee

Trustee's Objection to Confirmation – 18-51192 SLJ