Form NTCPOC

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re: | Moeen Ahmad Bhatti | Case No.: 18−51192 SLJ 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 10/23/18

Claim Number: 14−3

Creditor: U.S. Senate Federal Credit Union

Dated: <u>10/23/18</u>　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　Edward J. Emmons
　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court